SHELBURNE.

The qualification of a member, as to property, being called in question, was allowed
to be proved by the certificates of the selectmen and assessors of the town.

THE election of Julia Kellogg, returned a member from the
town of Shelburne, was controverted by Peter Holloway and
others, on the ground, that he did not possess, and had not
within a year, next preceding his election, been in possession
of, a freehold estate, within the said town of Shelburne, of the
value of one hundred pounds, or any ratable estate, within the
said town, to that value.

On behalf of Mr. Kellogg, the selectmen and assessors of
Shelburne certified, that " he was, and for years had been, in
possession of twenty-five acres of land, with a dwelling-house
and other buildings thereon, lying in the centre of said town,
for which he was taxed in the last year's assessment $6.43;
valuation for 1807, $14.35, for 1808, $9.16, which was under
mortgage, as a security for 900 dollars, 300 of which had been
paid, leaving 600 due, which was not one-half the value of the
place; and also, that he was the lawful owner of the one-half of
a dwelling-house, merchant's shop, and one acre and a quarter
of land, lying in the centre of the town, which a few years
previous was appraised at $850." One of the assessors also
certified, that Mr. Kellogg stood on the valution for 1808, real
estate, $8.65, personal estate, $9.51.

On this memorial and evidence, the committee reported,
that they were decidedly of opinion, that there was nothing
contained in the memorial sufficient to invalidate the election.
The report was agreed to.